IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANVILLE H. MARSHALL, JR.,

    Plaintiff,

vs.

BANNER LASSEN MEDICAL CENTER, MICHELLE JOY,

    Defendants.

No. CIV S-07-2169 LEW EFB PS

FINDINGS & RECOMMENDATIONS

On October 29, 2007, the Clerk of Court notified plaintiff that the check he remitted for payment of the filing fee was returned by his bank as "non sufficient funds." On November 20, 2007, the court issued a second notice, again informing plaintiff of the returned check and advising him that he had ten days in which to present a check to the Clerk's Office for the full amount of the filing fee and an additional $45.00 "returned check processing fee." The notice warned that failure to respond to the notice could result in further action by the court. The ten day period has now expired and plaintiff has failed to tender the filing fee, to file an application to proceed *in forma pauperis*, or otherwise respond to the notice. Accordingly, the court recommends that this action be dismissed. *See* Fed. R. Civ. P. 41(b); Local Rule 11-110.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after

1

1 being served with these findings and recommendations, plaintiff may file written objections with
2 the court. The document should be captioned "Objections to Magistrate Judge's Findings and
3 Recommendations." Plaintiff is advised that failure to file objections within the specified time
4 may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455
5 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).
6 DATED: December 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE